# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: | Case No: 09-09036 ESL |
| ARMANDO DIAZ GONZALEZ<br>IRENE DIAZ CARRION | Chapter 13 |
| Debtor(s) | |

# MOTION TO INFORM
# POST CONFIRMATION MODIFICATION PLAN UNDER §1329

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to adjust debtors payment schedules.

**WHEREFORE,** it is respectfully requests this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 14TH day of March of 2011.**

JPC LAW OFFICE

José M Prieto Carballo, Esq.
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

United States Bankruptcy Court
District of Puerto Rico

IN RE:     Case No. 09-09036-13

DIAZ GONZALEZ, ARMANDO & DIAZ CARRION, IRENE     Chapter 13
Debtor(s)

# CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____     ☑ AMENDED PLAN DATED: 4·14·2011
☐ PRE ☐ POST-CONFIRMATION     Filed by: ☑ Debtor ☐ Trustee ☐ Other

## I. PAYMENT PLAN SCHEDULE

$ 500.00 x 18 = $ 9,000.00
$ 400.00 x 42 = $ 16,800.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 25,800.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 25,800.00

## III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,524.00

Signed: /s/ ARMANDO DIAZ GONZALEZ
Debtor

/s/ IRENE DIAZ CARRION
Joint Debtor

## II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. BANCO POPULAR DE PR   Cr. _____   Cr. _____
# 0710100117494499   # _____   # _____
$ 70.00   $ _____   $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. BANCO BILBAO VIZCAYA   Cr. _____   Cr. _____
# 9609514923   # _____   # _____
$ 13,500.00   $ _____   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
BANCO POPULAR DE PR
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
ATTORNEYS FEES TO BE PAID FIRST.

ALL TAX REFUNDS TO BE RECEIVED DURING THE LIFE OF THE PLAN SHALL BE COMMITED TO FUND THE PLAN.

INSURANCE QUOTE SHALL BE PROVIDED BY TRIPLE SSS (1,000.00)

ADEQUATE PROTECTION FOR BBVA WILL BE $100.00

LIFT OF STAY IN FAVOR OF R&G BANK (IN REM REMEDIES)

Attorney for Debtor Jose Prieto     Phone: (787) 607-2066

CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing            BANCO BILBAO VIZCAYA                    BANCO POPULAR PR
0104-3                                      ANGEL VAZQUEZ BAUZA ESQ                 WALLACE VAZQUEZ SANABRIA ESQ
Case 09-09036-ESL13                         PO BOX 191017                           17 MEXICO STREET  SUITE D-1
District of Puerto Rico                     SAN JUAN, PR 00919-1017                 SAN JUAN, PR 00917-2202
Old San Juan
Thu Apr 14 13:55:52 AST 2011

EASTERN AMERICA INSURANCE COMPANY           PR ACQUISITIONS LLC                     R&G MORTGAGE CORPORATION
PO BOX 9023862                              AMERICAN INTL BUILDING                  CARDONA JIMENEZ LAW OFFICE
SAN JUAN, PR 00902-3862                     250 MUNOZ RIVERA AVENUE SUITE 1200      PO BOX 9023593
                                            HATO REY, PR 00918-1814                 SAN JUAN, PR 00902-3593


RECOVERY MANAGEMENT  SYSTEMS CORP           RELIABLE FINANCIAL SERVICES             US Bankruptcy Court District of P.R.
25 SE 2ND AVE STE 1120                      PO BOX 21382                            U.S. Post Office and Courthouse Building
MIAMI, FL 33131-1605                        SAN JUAN, PR 00928-1382                 300 Recinto Sur Street, Room 109
                                                                                    San Juan, PR 00901-1964


ALL TOOLS                                   BANCO  BILBAO VIZCAYA                   BANCO BILBAO VIZCAYA ARG
P O BOX 191784                              P O BOX 364745                          ANGEL M VAZQUEZ BAUZA
SAN JUAN PR 00919-1784                      SAN JUAN, PR  00936-4745                PO BOX 191017
                                                                                    SAN JUAN PR  00919-1017


BANCO POPULAR DE PR                         BANCO POPULAR DE PUERTO RICO            COLLECTION COMPANY  AMERICA
P O BOX  362708                             c/o WALLACE VAZQUEZ SANABRIA            700 LONGWATER DRIVE
SAN JUAN, PR  00936-2708                    17 MEXICO STREET, SUITE D-1             NORWELL, MA 02061-1796
                                            SAN JUAN, PR 00917-2202


EASTERN AMERICA INS. CO.                    INTERNAL REVENUE SERVICES               ISLAND FINANCE
PO BOX 9023862                              P O BOX 219690                          P O BOX 195369
SAN JUAN, PR 00902-3862                     KANSAS CITY, MO  64121-9690             HATO REY, PR  00919-5369


JC PENNY                                    LCDO. RAMON RIVERA ITURBE               Midland Credit Management, Inc.
G E MONEY BANK                              500 MUNOZ RIVERA SUITE 228-229          8875 Aero Drive, Suite 200
P O BOX  103104                             COND CENTRO II                          San Diego, CA 92123-2255
ROSEVELL, GA 30076-9104                     HATO REY, PR 00918-3300


NCO FINANCIAL SYSTEM OF PR                  NORTH SHORE AGENCY                      PR ACQUISITIONS LLC
P O BOX 192478                              P O BOX 89010                           250 MUNOZ RIVERA AVENUE SUITE 1200
HATO REY, PR 00919-2478                     WESTBURY, NY  11590-8901                HATO REY, P.R 00918-1814


PR ACQUISITIONS LLC                         RELIABLE FINANCIAL SERVICE              RG PREMIER BANK
270 MUNOZ RIVERA AVENUE SUITE 400           P O BOX 21382                           P O BOX 362394
SAN JUAN PR 00918-1910                      SAN JUAN, PR  00928-1382                SAN JUAN, PR  00936-2394


Recovery Management Systems Corporation     SAM'SCLUB                               SANTANDER FINANCIAL D/B/A ISLAND FINANCE
For GE Money Bank                           GE MONEY BANK                           PO BOX 195369
dba JCPENNEY CREDIT SERVICES                P O BOX 103104                          SAN JUAN PR, 00919-5369
25 SE 2nd Ave Ste 1120                      ROSEVELL, GA 30076-9104
Miami FL 33131-1605
```

| | | |
|---|---|---|
| STANLEY SECURITY SOLUTION<br>14210  5505 N CUMBERLAND AVE<br>SUITE 307<br>CHICAGO, IL  60656-1471 | TRIPLE-S PROPIEDAD<br>PO BOX 9023862<br>SAN JUAN, PR 00902-3862 | VERIZON<br>P O BOX 70366<br>SAN JUAN, PR  00936-8366 |
| WESTENBANK<br>P O BOX 1450<br>MAYAGUEZ, PR  00681-1450 | ZALES<br>726 EXCHANGE STREET<br>SUITE 700<br>BUFFALO, NY 14210-1464 | ARMANDO DIAZ GONZALEZ<br>324 CALLE 4<br>VILLA NEVAREZ<br>RIO PIEDRAS, PR 00927-5313 |
| IRENE DIAZ CARRION<br>324 CALLE 4<br>VILLA NEVAREZ<br>RIO PIEDRAS, PR 00927-5313 | JOSE M PRIETO CARBALLO<br>JPC LAW OFFICE<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901-1938 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)R&G MORTGAGE CORPORATION
CARDONA-JIMENEZ LAW OFFICE
P.O. BOX 9023593
SAN JUAN, PR  00902-3593

End of Label Matrix
Mailable recipients    39
Bypassed recipients     1
Total                  40