IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ARMANDO DIAZ GONZALEZ

IRENE DIAZ CARRION

XXX-XX-9250

XXX-XX-9126

Debtor(s)

CASE NO. 09-09036 ESL

Chapter 13

FILED & ENTERED ON 05/12/2011

## ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the request for modification of stay for loss mitigation purposes only, filed by DEBTOR, docket #32.

Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 12 day of May, 2011.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR(S)
JOSE M PRIETO CARBALLO
JOSE RAMON CARRION MORALES
BANCO POPULAR PR